**LAW OFFICES OF JAMES F. HOLTZ**
*A Professional Corporation*
James F. Holtz, Esq. (SBN 95064)
james.holtz@holtzapc.com
Natalie C. Holtz, Esq. (SBN 334221)
natalie.holtz@holtzapc.com
16935 West Bernardo Drive, Suite 170
San Diego, California 92127
Telephone: (619) 881-1246
Facsimile: (619) 924-5199

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMO, MAHA, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: '21CV1038 AJB KSC<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant COSTCO WHOLESALE CORPORATION (hereinafter "Costco") hereby removes to this Court the state court action described below.

1. On May 10, 2021, an action was commenced in the San Diego Superior Court, entitled KARMO, MAHA, an individual v. COSTCO WHOLESALE CORPORATION, a Washington corporation, and DOES 1 through 100, inclusive, as Case No: 37-2021-00020655-CU-PO-CTL. A copy of the Complaint is attached hereto as Exhibit "A."

/ / /

2. Defendant Costco received a copy of said complaint on May 17, 2021, when its agent accepted service of said complaint and a summons on its behalf. A copy of the summons, civil case cover sheet, complaint, and notice of case assignment and case management conference filed in state court and served on defendant Costco are attached hereto as Exhibit "B."

3. On May 26, 2021, Costco filed an Answer to Plaintiff's Complaint attached hereto as Exhibit "C."

4. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant Costco pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Plaintiff resides in the city of Spring Valley in the County of San Diego, California and is a citizen of the state of California. Defendant Costco was at the time of filing this action, and still is, a corporation incorporated under the laws of the State of Washington, having its principal place of business at Issaquah, Washington.

6. This case involves a slip and fall outside a Costco warehouse located at 8125 Fletcher Parkway, La Mesa, California 91942. Plaintiff did not file a statement of damages nor did she provide a monetary demand with her complaint. However, in a demand letter sent to Costco's carrier Gallagher Bassett in February 2021, plaintiff's counsel provided information as to plaintiff's alleged incurred medical expenses.

7. Plaintiff was taken away from the scene of the subject incident in an ambulance. At the hospital, x-rays and a CT scan showed plaintiff had sustained a comminuted fracture of her femur as a result of her fall. (See plaintiff's demand letter attached hereto as Exhibit "D"). Plaintiff underwent surgery to treat the fracture and was confined to a wheelchair "for the first couple of months after her surgery." (*See id.* at page 8, paragraph 2.)

8. As part of her recovery from her injury, Plaintiff had numerous follow up appointments with her doctors and at least twenty sessions of physical therapy.

9. In their demand letter, plaintiff's counsel made a demand for $400,000. (*See id.* at page 8, paragraph 5.) Additionally, plaintiff alleges that she will require future medical care and incur future medical expenses for her injuries arising out of the incident (See Plaintiff's Complaint attached as Exhibit "A" at page 4, paragraph 22 and page 5, paragraph 31.)

10. It is believed that, based upon the foregoing, the case value if liability were found would exceed $75,000.

11. Due to the seriousness of plaintiff's alleged injuries, it is reasonable to conclude that the amount in controversy exceeds $75,000.

12. The date upon which there was complete diversity between plaintiff and defendant Costco is the date of filing on May 10, 2021.

13. As Costco had previously received plaintiff's demand letter in February 2021, Costco was put on notice that the amount in controversy exceeds $75,000 on May 17, 2021 when plaintiff served Costco with her complaint. (*See* 28 U.S.C. §§ 1446(b)(1) and (b)(3).) Further, less than one year has passed since the commencement of the action as required by 28 U.S.C. § 1446(b). Thus, the matter is now removable to federal court.

Dated: June 1, 2021

LAW OFFICES OF JAMES F. HOLTZ
*A Professional Corporation*
By: *s/ James F. Holtz*
James F. Holtz, Esq.
james.holtz@holtzapc.com
Natalie C. Holtz, Esq.
natalie.holtz@holtzapc.com
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

3
**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I served a true and correct copy of the above and foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** via U.S. Mail by depositing in the United States Postal Service mail box at 16935 West Bernardo Drive, Suite 170, San Diego, California 92127, in a sealed envelope with postage thereon fully prepaid and addressed as follows:

| | |
|---|---|
| Jeremy R. Cronin (SBN 270284)<br>JUREWITZ LAW GROUP<br>600 "B" Street, Suite 1450<br>San Diego, CA  92101<br>Tel (619) 233-5020<br>Fax (888) 233-3180<br>jrc@jurewitz.com | Counsel for Plaintiff<br>MAHA KARMO |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on June 1, 2021, at San Diego, California.

*s/* James F. Holtz
James F. Holtz